UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MYRON GAYLORD BRANDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT FRAKES,<br><br>　　　　Defendant. | Case No. C09-5689BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, ADMINISTRATIVELY CLOSING ACTION, AND TRANSFERRING PETITION TO THE NINTH CIRCUIT |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 3). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is administratively closed and the clerk is directed to transfer the case to the Ninth Circuit in accordance with Circuit Rule 22-3(a) because this is a successive petition.

DATED this 7th day of January, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER