# United States District Court

WESTERN DISTRICT OF WASHINGTON

MYRON GAYLORD BRANDON,

v.

SCOTT FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5689 BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is administratively closed and the court is directed to transfer the case to the Ninth Circuit in accordance with Circuit Rule 22-3(a) because this is a successive petition.

| January 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk